J-A05005-21

COMMONWEALTH OF PENNSYLVANIA : IN THE SUPERIOR COURT OF
: PENNSYLVANIA
Appellant :
:
:
:
v. :
:
:
:
HASSAN MUNSON : No. 2356 EDA 2018

Appeal from the Order Entered July 31, 2018
In the Court of Common Pleas of Philadelphia County Criminal Division at
No(s): MC-51-CR-0006574-2018


**ORDER**

And now, on this 6th day of August, 2021, upon consideration of the

Commonwealth's Motion to Publish Memorandum Decision, the same is hereby

GRANTED. The Memorandum filed on July 22, 2021, is hereby withdrawn.

PER CURIAM